

**Blumberg**Excelsior, Inc., Publisher, NYC 10013

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| Western **District of** New York | |

| Name of Debtor(if individual, enter Last, First, Middle):<br>Boll, Lawrence R. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the debtor in the last 8 years (include maiden and trade names): Larry R. Boll | All Other Names used by the joint debtor in the last 8 years (include maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 1331 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City and State):<br>75 Meadowbrook Parkway<br>Cheektowaga NY   ZIP CODE 14206 | Street Address of Joint Debtor (No. & Street, City and State):<br>  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Erie | County of Residence or of the Principal Place of Business:<br>Erie |
| Mailing Address of Debtor (if different from street address):<br>10364 Beech Tree Road<br>West Valley, New York 14171  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor (Form of Organization)**
(Check one box)
- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (*the Internal Revenue Code*).

**Nature of Business**
(Check all applicable boxes)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts (check one box)**
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee Waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE FOR COURT USE ONLY

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds for distribution to unsecured creditors

| Estimated number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |


| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>Boll, Lawrence R. | |
|---|---|---|
| **All prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
| Location<br>Where Filed:<br>Western District of New York | Case Number | Date Filed:<br><br>1999 |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor:<br>N/A | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 134 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.   I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>/s/ Russell T. Perla         02/06/2009<br>Signature of Attorney for Debtor(s).    Date: |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a seperate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made part of this petition.

**Information Regarding the Debtor-Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business, or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this district.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    Name of landlord that obtained judgment:


    Address of landlord:

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. & 362(1)).



| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Boll, Lawrence R.<br>N/A |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter title 11, United States Code, specified in this petition.

X  /s/ Lawrence R. Boll
_____
Signature of Debtor

X_____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
_____  02/06/2009
                              Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correc, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code.  Certified copies of the documents required by §1515 of title 11 are attached.

☐  Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

02/06/2009
Date

### Signature of Attorney

X  /s/ Russell T. Perla
_____
Signature of Attorney for Debtor(s)
Printed Name of Attorney for Debtor(s)
Russell T. Perla
Firm Name
Perla & Perla, LLP.
Address
367 Linwood Avenue
Buffalo, New York 14209
Telephone Number
(716) 883-6415
Date 02/06/2009
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor(Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date 02/06/2009

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy preparer as defined in U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this coument and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. §110.)
Address

X  _____
Date 02/06/2009
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT

### Western **District of** New York

In re Boll, Lawrence R.
    N/A                                 Case No. 
    Debtor(s)                                      (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

Boll, Lawrence R.

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will any filing fee you paid, and your creditors will be able to resume collection activities agaist you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*


☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling breifing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the developed through the agency. Any extension of the 30-day deadline can be granted only 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate a credit counseling briefing in person. by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ Lawrence R. Boll

                    Boll, Lawrence R.

Date: 02/06/2009


**UNITED STATES BANKRUPTCY COURT** Western       **DISTRICT OF** New York

In re: Boll, Lawrence R.
    N/A

Debtor(s)  Case No.
Chapter

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data"  if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 24200.00 | | |
| B - Personal Property | x | 7 | 17738.50 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 8161.54 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 12 | | 395,825.29 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I - Current Income of Individual Debtor(s) | x | 1 | | | 1463.30 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 3061.00 |
| Total Number of Sheets of All Schedules | | 27 | | | |
| Total Assets | | | 41938.50 | | |
| Total Liabilities | | | | 403986.83 | |

 Form B6, S2, (12/07)     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# United States Bankruptcy Court

**District Of** New York

In re: Boll, Lawrence R.     Western     N/A

Debtor(s)     Case No.

Chapter     7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I Line 16) | $ 1463.30 |
| Average Expences (from Schedule J, Line 18) | $ 3061.00 |
| Current Monthly Income (from Form 22A Line 12; **OR** Form 22B Line 11; **OR,** Form 22C Line 20) | $ 1,560.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | | $ 0.00 |
| 2. Total fromSchedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 395,825.29 |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 4) | | $ 395,825.29 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**



In re:Boll, Lawrence R.                              Debtor(s) Case No.                    (if known)
  N/A

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Dwelling located 75 Meadowbrook Parkway, Cheektowaga, New York Debtor owns 1/4 interest with Judy Lipinski, Deborah Lipinski, and Peter Lipinski $ 18,000.00 | 1/4 interest on a fee simple | | 12,000.00 | 0.00 |
| Vacant Land located at Route 219, Town of Ashford SBL No. 28.002-1-40, 28.007-1-3, 28.007-1-17, and 28.007-1-18. | Fee Simple | | 12,200.00 | 8,161.54 |
| | | Total -> | $24,200.00 | (Report also on Summary of Schedules) |

In re:  Boll, Lawrence R.
        N/A
                                              Debtor(s)    Case No.                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | | Cash on hand<br>$ 20.00 | | 20.00 |
| 02 Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | x | Citizen Bank, N.A.<br>Joint DBA Checking Account # 696002-003-0<br>Deborah A. Lipinski, 5 % owner of Millennium Trenching<br><br>Key Bank, N.A.<br>Checking Account # xxxxxx6441<br>($ 46.50) | | <br><br><br><br><br>-46.50 |
| 03 Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04 Household goods and furnishings including audio video and computer equipment. | | Household goods and furnishings, including tables, chairs, bed, dressers, refrigerator, television sets, radio, tablewares, cooking utensils, etc. | | 1,000.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

| | | | | 973.50 |
|---|---|---|---|---|

Form B6 B (12/07)          Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  Boll, Lawrence R.                          Debtor(s)     Case No.                    (if known)
        N/A

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 05 Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| 06 Wearing apparel. | | Wearing apparel located at debtor's address | | 500.00 |
| 07 Furs and jewelry. | x | | | |
| 08 Firearms and sports photographic and other hobby equipment. | | 44 Magum Luger Handgun, Thomspon Contender Handgun 445 Calb., and 45 Colt Handgun. $ 400.00 | | 400.00 |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

1,873.50

Form B6 B (12/07)     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  Boll, Lawrence R.                    Debtor(s)    Case No.                    (if known)
        N/A

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11 Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12 Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | | Millennium Trenching, LLC. established in April, 2008 with Deborah A. Lipinski being the Executive Manager and  Lawrence R. Boll has 15% interests. | | 0.00 |
| 14 Interest in partnerships or joint ventures. Itemize. | | Lawrence R. Boll D/B/A Millennium Trenching The debtor established the business with Deborah A. Lipinski in 2000. The debtor owns 95% interests of the business.  However, the business ceased operation as of April, 2008 | | 0.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->

_____  Continuation sheets attached

1,873.50

In re: Boll, Lawrence R.
       N/A

Debtor(s)     Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16 Accounts receivable. | | Phyllis Syracuse and Jill Syracuse Labor and services rendered at 795 Orchard Park Road, West Seneca, New York 14224 $ 3,000.00 | | 3,000.00 |
| 17 Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19 Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |
| 20 Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->    | 4,873.50

_____ Continuation sheets attached

In re:  Boll, Lawrence R.
        N/A                                              Debtor(s)    Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21 Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22 Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23 Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24 Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |
| 25 Automobiles trucks trailers and other vehicles and accessories. | | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->            4,873.50

_____ Continuation sheets attached

In re: Boll, Lawrence R.          Debtor(s)   Case No.                    (if known)
       N/A

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1994 Harley Davidson, STC Vin # 1HD1BKL18RY039978 Title jointly held with debtor's son, Lawrence H. Boll. (The property is further being held by Russell Tucker as collateral) | J | 9,065.00 |
| | | 2003 US/CA Trailer VIN# 4X4UAW3173W012003 | | 1,500.00 |
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | x | | | |
| 29 Machinery fixtures equipment and supplies used in business. | | | | |
| | | 1999 Ditch Wich walk behind trecher (The property is being held by Dean Campanelli as collateral) | | 1,000.00 |
| | | 2000 Ditch Witch Trailer Vin # 1DS0000PSY17T0588 | | 700.00 |
| | | Debtor has working tools such as hammer, saws, pole diggers, screw drivers, drills, etc.. | | 600.00 |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->  | 17,738.50

_____ Continuation sheets attached

In re:  Boll, Lawrence R.              Debtor(s)    Case No.              (if known)
        N/A

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33  Farming equipment and implements. | x | | | |
| 34  Farm supplies chemicals and feed. | x | | | |
| 35  Other personal property of any kind not already listed. Itemize. | x | | | |
| | | (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total -> | | 17,738.50 |

_____ Continuation sheets attached

**Form B6 C (12/07)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Boll, Lawrence R.          Debtor(s)   Case No.          (if known)
     N/A

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**          ☐ Check if debtor claims a homestead exemption that exceeds $136,875

☐ 11 U.S.C. § 522(b)(2)

☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Single Family Dwelling located 75 Meadowbrook Parkway, Cheektowaga, New York Debtor owns 1/4 interest with Judy Lipinski, Deborah Lipinski, and Peter Lipinski $ 18,000.00 | CPLR § 5206(e) Homestead | 10,000.00 | 12,000.00 |
| Household goods and furnishings, including tables, chairs, bed, dressers, refrigerator, television sets, radio, tablewares, cooking utensils, etc. | CPLR § 5205(a)(5) Wearing Apparel Household Furniture Refrigerator Radio TV Crockery Tableware and Cooking Utensils | 1,000.00 | 1,000.00 |
| Wearing apparel located at debtor's address | CPLR § 5205(a)(5) Wearing Apparel Household Furniture Refrigerator Radio TV Crockery Tableware and Cooking Utensils | 500.00 | 500.00 |
| Debtor has working tools such as hammer, saws, pole diggers, screw drivers, drills, etc.. | CPLR § 5205(a)(7) Working Tools and Implements Including Farm Machinery Team Professional Instruments Furniture and Library | 600.00 | 600.00 |



In re: Boll, Lawrence R.                                    Debtor(s)   Case No.
N/A

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | VALUE $     12,200.00 | 8,161.54 | | |
| Jerry Jirack 6348 North Woods Rd Arcade, New York 14009 | | | First Mortgage for U.S. Route 219, Town of Ashford $15,000.00 | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |

Subtotal -> (Total of this page)     **8,161.54**     **0.00**

Total -> **8,161.54**     **0.00**

_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

(Report total also on Summary of Schedules)    (If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

In re: Boll, Lawrence R.
N/A                                    Debtor(s)   Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $10,950 per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4)

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $5400 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

[ ] **Deposits by individuals**
Claims of individuals up to a maximum of $2425 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

[ ] **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(8)

[ ] **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C.  § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMT NOT ENTITLED TO PRIORITY, IF ANY | C U D * |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | Total -> | | | |
| | | | | | Total -> | | |
| | | | | | | | |
| Continuation Sheets attached. | | | Subtotal -> (Total of this page) | | | | |
| (Use only on last page of the completed Schedule E. (Report total also on Summary of Schedules.)  Total -> | | | | | | | |
| (Use only on last page of the completed Schedule E.) If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | Total -> | | | | |

**Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Boll, Lawrence R.  N/A    Debtor(s)    Case No.    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 8012<br>Advanta<br>Advanta Bank Corp.<br>P.O. Box 30715<br>Salt Lake City, UT 84130 | | | May, 2005<br>$8,645.29 | | 8,645.29 |
| Annette Zacholski<br>3203 Hickox Road<br>Hamburg, NY 14075 | | | June, 2007<br>$2,400.00 | | 2,400.00 |
| 3608<br>Bank of America<br>4060 Ogletown Stanton Rd<br>Mail Code DES-019-03-07<br>Newark, DE 19713 | | | June 2006<br>$9,600.00 | | 9,600.00 |
| Bankruptcy Exchange<br>2952 Seneca Street<br>West Seneca, NY 14224 | | | June 2008<br>$ 20,000.00 | | 20,000.00 |
| Barbara McNair<br>130 Harriet Ave.<br>Buffalo, New York 14215 | | | April 2008<br>$4,000.00 | | 4,000.00 |
| 3859<br>Barclays Bank Delaware<br>125 South West Street<br>Wilmington, DE 19891 | | | March 2007<br>$3,600.00 | | 3,600.00 |

X  _____ continuation sheets attached.

| | | |
|---|---|---|
| | Subtotal | $ 48,245.29 |
| | Total | $ 48,245.29 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: Boll, Lawrence R.
N/A                                                    Debtor(s)        Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Caral Bubme 40 Willow Dr. West Seneca, NY 14224 | | | May, 2007 $5,000.00 | | 5,000.00 |
| Charles Alessi 11328 Gowanda State Road North Collins, New York 1 | | | June 2008 $1,200.00 | | 1,200.00 |
| Chris Ball 699 Cayuga Creek Rd. Cheektowaga, NY 14227 | | | Property Damage from adjacent Job $10,000.00 | | 10,000.00 |
| Chris Lucibi 116 Tremaine Avenue Kenmore, New York 14217 | | | Incomplete Job $5,000.00 | | 5,000.00 |
| Colleen Brennan 113 Hubbell Ave. Buffalo, New York 14220 | | | June 2007 $1,000.00 | | 1,000.00 |
| David Hioki 27 Forest St. Dr. Buffalo, NY 14221 | | | Incomplete Job $20,000.00 | | 20,000.00 |

<u>  X  </u>
        continuation sheets attached.

Subtotal   $   42,200.00

Total   $   90,445.29

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: Boll, Lawrence R.              **Debtor(s)**      **Case No.**              (if known)
N/A

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Dean Cappenellie<br>6761 Cross Rd.<br>Springville, NY 14141 | | | April, 2008<br>$ 9,500.00 | | 9,500.00 |
| 1886<br>Discover<br>P.O. Box 15192<br>Wilmington, DE 19850 | | | March, 2006<br>$11,000.00 | | 11,000.00 |
| 5327<br>Discover Financial Servic<br>P.O. Box 15316<br>Wilmington, DE 19850 | | | March 2007<br>$7,000.00 | | 7,000.00 |
| E and R General Construct<br>38 St. David Dr.<br>West Seneca, NY 14224 | | | August 2007<br>$2,655.00 | | 2,655.00 |
| 9073<br>ECMC<br>P.O. Box 1598<br>Buffalo, New York 14240 | | | September 2008<br>$400.00 | | 400.00 |
| Engasser Construction<br>1515 Boies Rd.<br>East Aurora, NY 14052 | | | June, 2008<br>$2,000.00 | | 2,000.00 |

X
___   continuation sheets attached.                                         Subtotal  $  32,555.00

(Use only on last page of the completed Schedule F.)              Total  $  123,000.29
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: Boll, Lawrence R.                    Debtor(s)          Case No.                (if known)
N/A

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Equity Search 2952 Seneca Street West Seneca, NY 14210 | | | June, 2005 $15,000.00 | | 15,000.00 |
| Erb Company P.O. Box 1269 1400 Seneca St. Buffalo, New York 14210 | | | May, 2006 $4,000.00 | | 4,000.00 |
| 8728 First Niagara Bank P.O. Box 514 Lockport, NY 14095 | | | February 1999 $200.00 | | 200.00 |
| Four Seasons Landscaping 3138 Abbot Rd. Orchard Park, NY 14127 | | | January 2008 $500.00 | | 500.00 |
| 3212 GMAC PO Box 2150 Greeley, CO 80632 | | | Surrender the vehicle to the Dealer with possible deficiency judgment pending. $15,000.00 | | |
| 6905 GMACAB P.O. Box 2150 Greeley, CO 80632 | | | Surrender the vehicle to the Dealer with possible deficiency judgment pending. $26,000.00 | | |

X
_____   continuation sheets attached.

Subtotal   $   19,700.00

Total   $   142,700.29

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: Boll, Lawrence R.        Debtor(s)        Case No.        (if known)
N/A

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Gateway matterials, LLC. 3035 Union Rd Cheektowaga, NY 14227 | | | August 2008 $7,000.00 | | 7,000.00 |
| George H. Gilbert 220 Cayuga Creek Rd. Cheektowaga, NY 14227 | | | May, 2008 $7,000.00 | | 7,000.00 |
| George's Collision 3210 Seneca Street West Seneca, New York 142 | | | April, 2007 $2,000.00 | | 2,000.00 |
| Great Plate Glass Co. 3100 Transit Rd. West Sceneca, New York 14 | | | Incompete Job $1,500.00 | | 1,500.00 |
| Gwen Pitts 96 Rohr Street Buffalo, New York 14211 | | | September 2008 $4,000.00 | | 4,000.00 |
| HMH Property Managment 77 Mercer St. Buffalo, NY 14244 | | | Claims they over paid him by $7,000.00 | | 7,000.00 |

_X_ continuation sheets attached.

Subtotal $ 28,500.00

Total $ 171,200.29

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: Boll, Lawrence R.  Debtor(s)  Case No.  (if known)
  N/A

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 0009 HSBC P.O. Box 4604 Buffalo, NY 14240 | | | October, 2006 $7,100.00 | | 7,100.00 |
| 9100 HSBC Bank P.O. Box 5253 Carol Stream, IL 60197 | | | February 1994 $11,400.00 | | 11,400.00 |
| 4393 HSBC Bank PO Box 5253 Carol Stream, IL 60197 | | | June, 2006 $70.00 | | 70.00 |
| Joann Sees 656 East and West Rd West Seneca, NY 14224 | | | October 2007 $6,000.00 | | 6,000.00 |
| Joce Jividen 790 Seneca Creek Rd West Seneca, NY 14224 | | | March 2008 $2,500.00 | | 2,500.00 |
| John Marchant 20 Foxpoint West Amherst, NY 14221 | | | September 2008 $4,000.00 | | 4,000.00 |

X _____ continuation sheets attached.

Subtotal  $  31,070.00

Total  $  202,270.29

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: Boll, Lawrence R.
N/A

**Debtor(s)**   **Case No.**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| John Martino 20 Foxpoint West Amherst, New York 14221 | | | September 2008 $4,000.00 | | 4,000.00 |
| John Rodeghiero 550 Seneca Street Buffalo, NY 14204 | | | June, 2007 $10,000.00 | | 10,000.00 |
| 6441 Key Bank P.O. Box 93885 Cleveland, OH 44101-5885 | | | May, 2007 $300.00 | | 300.00 |
| Kistner Concrete 8713 REad Road East pembroke, NY | | | October, 2007 $1,300.00 | | 1,300.00 |
| LA Hazard and Sons 1695 Overhead Road Derby, NY 14047 | | | October, 2007 $700.00 | | 700.00 |
| Lakeshore Hardware and To Rental 4480 Camp Road (Box 353) Springs, New York 14010 | | | May, 2006 $800.00 | | 800.00 |

X _____ continuation sheets attached.

Subtotal $ 17,100.00

Total $ 219,370.29

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Boll, Lawrence R.    Debtor(s)    Case No.    (if known)
N/A

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Mark Jerwilliger<br>2842 Delaware Ave.<br>Kenmore, NY 14217 | | | October 2007<br>$500.00 | | 500.00 |
| 3895<br>MasterCard<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101 | | | May, 2006<br>$4,500.00 | | 4,500.00 |
| Michael R. Wyszynski<br>950-A Union Rd.<br>West Sceneca, New York 14 | | | May, 2006<br>$2,000.00 | | 2,000.00 |
| Mike Metros<br>Metro Builder<br>322 S. Odgen St.<br>Buffalo, NY 14206 | | | June, 2006<br>$10,000.00 | | 10,000.00 |
| Nassbaumer and Clarke<br>3556 Lake Shore Rd.<br>Buffalo, NY 14219 | | | August 2007<br>$800.00 | | 800.00 |
| 2911<br>National Fuel<br>Risk Management Departmen<br>6363 Main Street<br>Williamsville, New York 1 | | | July, 2008<br>$1,300.00 | | 1,300.00 |

X
——— continuation sheets attached.

| | | |
|---|---|---|
| | Subtotal | $ 19,100.00 |
| | Total | $ 238,470.29 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: Boll, Lawrence R.    Debtor(s)    Case No.    (if known)
N/A

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| New You Day Spa and Salon 707 Cauga Creek Rd. Buffalo, NY 14227 | | | July, 2007 $10,000.00 | | 10,000.00 |
| Phoenix Direct Capital, I 2952 Seneca Street West Seneca, NY 14224 | | | May, 2007 $15,000 | | 15,000.00 |
| Richard A. Maussner 29 Hawtorne Trail Depew, New York 14043 | | | Incomplete Job $1,200.00 | | 1,200.00 |
| Richard Penfold 18 Sugar Bush Way Orchard park, New York 14 | | | September 2006 $4,000.00 | | 4,000.00 |
| Richard Viggatto 705 Cauga Creek Road Cheektowaga, NY | | | Incomplete Job $14,000.00 | | 14,000.00 |
| Robert Libiarz 713 Pavement Road Lancaster, NY 14086 | | | June, 2006 Client claimes he owes him $1500.00 | | 1,500.00 |

X
___ continuation sheets attached.

|  | Subtotal | $ | 45,700.00 |
|---|---|---|---|
|  | Total | $ | 284,170.29 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Boll, Lawrence R.
N/A        Debtor(s)    Case No.       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Robert Struck 1611 Transit Rd Elma, NY 14059 | | | April 2008 $1,400.00 | | 1,400.00 |
| Russell Tucker 2952 Seneca Street West Seneca, NY 14224 | | | $15,000.00 | | 15,000.00 |
| Sandra Morath 4285 Two Rod Road Wales, NY 14052 | | | May, 2006 Client claiming he owes her work, $6,000.00 | | 6,000.00 |
| Shaub Equipment 2902 Seneca St. West Seneca, NY 14224 | | | June 2008 $2,000.00 | | 2,000.00 |
| Shawn Haley 3133 Abbott Rd. O.P., New York | | | May, 2006 $1,500.00 | | 1,500.00 |
| Steve Lopez 19 West Royal Hill Dr. Orchard Park, NY 14127 | | | September 2008 $3,000.00 | | 3,000.00 |

_X_ continuation sheets attached.

       Subtotal $   28,900.00

(Use only on last page of the completed Schedule F.)     Total $   313,070.29
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: Boll, Lawrence R.                    Debtor(s)         Case No.              (if known)
N/A

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Textures Salon and Spa 150 Buffalo St. Hamburg, NY 14075 | | | August 2008 $4,000.00 | | 4,000.00 |
| Thruway Builders 3515 California Road Orchard Park, New York 14 | | | June, 2005 $ 2,000.00 | | 2,000.00 |
| Union Concrete and Construction Corp 105 Center Road West Seneca, New York 142 | | | July, 2008 $12,000.00 | | 12,000.00 |
| V.I.P. Leasing, Inc. 13605 Detroit Avenue Lakewood, Ohio 44107 | | | June 2008 $ 5,000.00 | | 5,000.00 |
| Vellano Brothers 10 Lancaster PKWY Lancaster, NY 14086 | | | Judgment entered and assigned to Phoenix Direct Capital $22,155.00 | | 22,155.00 |
| Verizon c/o CMR Claims Debt P.O. Box 60770 Oklahoma City, OK 73146 | | | October 2006 $8600.00 | | 8,600.00 |

X
_____ continuation sheets attached.

Subtotal $ | 53,755.00

Total $ | 366,825.29

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: Boll, Lawrence R.
N/A

Debtor(s)     Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Vinnie Fazio 11820 Boncliff Dr. Alden NY, 14004 | | | June, 2007 $4,000.00 | | 4,000.00 |
| William Hirsch 8461 Feddick Rd. Boston, New York 14075 | | | September 2008 $3,000.00 | | 3,000.00 |
| William Howell 5859 Stinson Rd Arcade, NY 14009 | | | Incomplete Job $15,000.00 | | 15,000.00 |
| Yaeger Construction Inc. Robert Yaeger 38 Mechanic St. Akron, NY 14001 | | | August 2007 $7,000.00 | | 7,000.00 |
| | | | | | |
| | | | | | |

_____ continuation sheets attached.

Subtotal $ 29,000.00

(Use only on last page of the completed Schedule F.)    Total $ 395,825.29
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: Boll, Lawrence R.                                    Debtor(s)   Case No.                    (if known)
N/A

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

In re:   Boll, Lawrence R.                    Debtor(s)   Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☒  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |



**Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Boll, Lawrence R.          Debtor(s)   Case No.        (if known)
N/A

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|
| Debtor's Marital Status<br>Single | RELATIONSHIP<br>Lawrence Hunter Moon | AGE<br>8 |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation Operator Foreman<br>Name of Employer Building Solutions | | |
| How long employed 1 month | | |
| Address of Employer<br>6091 Sceneca St.<br>Elma, NY 14059 | | |

INCOME: (Estimate of average monthly income at time case filed)        DEBTOR       SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | 1560.00 | |
| 2. Estimate monthly overtime | 0.00 | |
| 3. SUBTOTAL | 1560.00 | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | 209.20 | |
|   b. Insurance | | |
|   c. Union dues | | |
|   d. Other (Specify) | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 209.20 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1350.80 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm<br>  (attach detailed statement) | | |
| 8. Income from real property | 112.50 | |
| 9. Interest and dividends | | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's<br>  use or that of dependents listed above. | | |
| 11. Social security or other government assistance (Specify) | | |
| 12. Pension or retirement income | | |
| 13. Other monthly income (Specify) | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1463.30 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals<br>  from line 15; if there is only one debtor repeat total reported on line 15) | $ 1463.30 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:



In re: Boll, Lawrence R.                    Debtor(s) Case No.              (if known)
    N/A

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The monthly average income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 550.00 |
|    a. Are real estate taxes included? ☐ Yes ☒ No    b. Is property insurance included? ☐ Yes ☒ No | | |
| 2. Utilities  Electricity and Heating Fuel | | 466.00 |
|    b. Water and Sewer | | |
|    c. Telephone | | 65.00 |
|    d. Other     Cell Phone | | 110.00 |
| 3. Home maintenance (repairs and upkeep) | | 40.00 |
| 4. Food | | 600.00 |
| 5. Clothing | | 50.00 |
| 6. Laundry and dry cleaning | | 10.00 |
| 7. Medical and dental expenses | | |
| 8. Transportation (not including car payments) | | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | 10.00 |
| 10. Charitable contributions | | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | | 40.00 |
|    b. Life | | 20.00 |
|    c. Health | | |
|    d. Auto | | 100.00 |
|    e. Other | | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | |
| 13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | | 800.00 |
|    b. Other | | |
|    c. Other | | |
| 14. Alimony, maintenance, and support paid to others | | |
| 15. Payments for support of additional dependents not living at your home | | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | |
| 17. Other | | |

18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules and,       $      3061.00
   if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

   a. Average monthly income from line 15 of Schedule I

   b. Average monthly expenses from Line 18 above

   c. Monthly net income (a. minus b.)                                    0.00

Form 7 Stmt of Financial Affairs (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# STATEMENT OF FINANCIAL AFFAIRS
## UNITED STATES BANKRUPTCY COURT
### Western DISTRICT OF New York

In re:  Boll, Lawrence R.
        N/A

                                                                    Debtor(s)   Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. Sec, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINATIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, orowner of 5 percent or more of the voting or equity securities of a corporation; a partner other than a limited partner, of a partnership, a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

NONE
| |

## 01 INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment trade or profession or from operation of the debtor's business including part-time activities either as an employee or in independent trade or business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|--------|---------|
| 10083.50 | Share of income for 2006 from business Millenium trenching. |
| 9355.69 | Share of income for 2007 for Millenium trenching. |
| 977.49 | Employment Income from 2008 $977.49 |
| 11000.00 | Share of earned icome through Millenium Trenching for 2008. |

NONE
| X |

## 02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the amount of income received by the debtor other than from employment trade profession operation of the debtor's business during the two years immediately preceeding the commencement of this case. Give particulars. If a joint petition is filed state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
| X |

## 03A PAYMENTS TO CREDITORS

List all payments on loans installment purchases of goods or services and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
| X |

## 03B PAYMENTS TO CREDITORS

List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
| X |

## 03C PAYMENTS TO CREDITORS

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Vellano Bros., Inc., vs Larry R. Boll d/b/a Millennium Trenching<br><br>Index No. 1178-08 | Consumer Transaction | NYS Supreme Court, County of Albany | Judgment entered against debtor and subsequently assigned to Phoenix Direct Capital, Inc. |
| VIP Leasing vs. Lawrence R. Boll | Confession of Judgment | NYS Supreme Court, Erie County | Judgment entered against debtor |
| John Rodeghiero vs. Lawrence R. Boll<br>SC3425 | Small Claim Matters | City Court of Salamanca, Little Valley New York | Judgment entered against the debtor |
| Bankruptcy Exchange, Inc. vs. Lawrence R. Boll | Confession of Judgment | NYS Supreme Court, County of Erie | Judgment entered agaisnt the debtor based on the affidavit of confession of judgment |
| Annette Zacholski vs. Lawrence Boll | Small Claim Matters | West Seneca Town Court, West Seneca, New York | Judgment entered against the debtor |
| Russell Tucker vs. Lawrence R. Boll | Confession of Judgment | NYS Supreme Court, County of Erie | Judgment entered agaisnt the debtor based upon the signed Affidavit of Confession of Judgment |
| ERB Company, Inc. vs. Larry Boll, individually and as D/B/A Millennium Construction<br>Docket No. E22481 | Consumer Transaction | Buffalo City Court, County of Erie | Judgment entered against the debtor |
| Kistner Concrete Products, Inc. vs. Lawrence a/k/a Larry Boll d/b/a Millenium Trenching Company | Consumer Transaction | Erie County Court and Cuonty of Erie | Judgment entered against the debtor |

NONE [X]

## 04B SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

Describe all property that has been attached garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE [ ]

## 05 REPOSSESSIONS FORECLOSURES AND RETURNS

List all property that has been repossessed by a creditor sold at a foreclosure sale transferred through a deed in lieu of foreclosure or returned to the seller within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| DATE OF REPOSSESSION,FORECLOSURE SALE, TRANSFER OR RETURN | NAME AND ADDRESS OF CREDITOR OR SELLER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| 2008 | GMAC | 2006 Chevy Pick Up VIN# 3GCEC14X86G236751 (Debtor has surrenderred the vehicle to the lienholder vouluntarily to avoid repossession) |
| 2008 | GMAC | 2006 Chevy Pick Up (Diesel) Vin# 1GCHK29D86E162579 (Debtor has surrenderred the vehicle to the lienholder vouluntarily to avoid repossession) |

NONE [X]

## 06A ASSIGNMENTS AND RECEIVERSHIPS

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  06B ASSIGNMENTS AND RECEIVERSHIPS

List all property which has been in the ands of a custodian receiver or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless spouses are separated and a joint petition is not filed.)

NONE
|X|  07 GIFTS

7List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  08 LOSSES

List all losses from fire theft other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|  |  09 PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons including attorneys for consultation concerning debt consolidation relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Russell T. Perla, Esq.<br>Perla and Perla, LLP.<br>367 Linwood Avenue<br>Buffalo, New York 14209 | 02/2009 | $ 1,000.00 |

NONE
X

## 10A OTHER TRANSFERS

List all other property other than property transferred in the ordinary course of the business or financial affairs of the debtor transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 10B OTHER TRANSFERS

List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

NONE
X

## 11 CLOSED FINANCIAL ACCOUNTS

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed sold or otherwise transferred within one year immediately preceding the commencement of this case. Include checking savings or other financial accounts certificates of deposit or other instruments; shares and share accounts held in banks credit unions pension funds cooperatives associations brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 12 SAFE DEPOSIT BOX

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 13 SETOFFS

List all setoffs made by any creditor including a bank against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  **14 PROPERTY HELD FOR ANOTHER PERSON**

List all property owned by another person that the debtor holds or controls.

NONE
|X|  **15 PRIOR ADDRESS OF DEBTOR**

If debtor has moved within three years immediately preceding the commencement of this case list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed report also any separate address of either spouse.

NONE
|X|  **16 SPOUSES AND FORMER SPOUSES**

If the debtor resides or resided in a community property state commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NONE
|X|  **17A ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice and if known the Environmental Law:

NONE
|X|  **17B ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

NONE
X

## 17C ENVIRONMENTAL INFORMATION

List all judicial or administrative proceedings including settlements or orders under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

NONE



X

## 18A NATURE LOCATION AND NAME OF BUSINESS

If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner or managing executive of a corporation, partner in a partnership, sole proprietor or was self-employed in a trade, profession or other activity either full-or part-time within six years immediately preceding the commencement of this case or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all business in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the busiinesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.



NONE
X

## 18B NATURE LOCATION AND NAME OF BUSINESS

Identify any business listed in response to subdivision a. ,above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.



**UNITED STATES BANKRUPTCY COURT**

Western **DISTRICT OF** New York

In re: Boll, Lawrence R.        Debtor(s)       Case No.
     N/A                                        Chapter  7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒ I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☐ I intend to do the following with respect to the property of the estate which secures those consumer debts or is subject to a lease:

| Description of Secured Property | Creditor's name | Property will be surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| | | | | | |

| Description of Leased Property | Lessor's name | Lease will be assumed pursuant to 11 U.S.C. 362(h)(1)(A) |
|---|---|---|
| | | |

02/06/2009  /s/ Lawrence R. Boll
_____     _____
Date:        Signature of Debtor                Signature of Co-Debtor
--------------------------------------------------------------------------------

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY
## PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*
Address:

X _____          02/06/2009
   Signature of Bankruptcy Petition Preparer          Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110;**



3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY  COURT     Western **DISTRICT OF** New York

In
re:  Boll, Lawrence R.
N/A                                              Debtor(s)  Case No.                    (if known)

## STATEMENT

**Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a)  for legal services rendered or to be rendered in comtemplation of and in connection

       with this case                                                                       $            761.00

    (b)  prior to filing this statement, debtor(s) have paid                                $            761.00

    (c)  the unpaid balance due and payable is                                             $              0.00

(3)  $ 299.99                                              of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

    (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
       petition under title 11 of the United States Code.

    (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

    (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

Dated:                          **Respectfully submitted,**                          **Attorney for Petitioner**
                       /s/ Russell T. Perla                          Russell T. Perla

**Attorney's name and address**
Perla and Pelra, LLP., 367 Linwood Ave, Buffalo, NY 14209

# UNITED STATES BANKRUPTCY COURT

Western **DISTRICT OF** New York

**In re:** Boll, Lawrence R.
     N/A

                                  Case No.
Debtor(s)

Chapter   7

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Dated: _____

Debtor  /s/ Lawrence R. Boll_____
      Boll, Lawrence R.

Debtor  _____
      N/A

In re: Boll, Lawrence R.

N/A

                                   Debtor(s)  Case No.           (if known)

## DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date                                      Signature /s/ Lawrence R. Boll

                                                    Boll, Lawrence R.

Date                                      Signature

                                                            N/A

                                    (if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

        Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number

                                                                   (Required by U.S.C.§110(c)).

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X

  Signature of Bankruptcy Petition Preparer                    Date

  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the                                      (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the                 (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of             sheets, and that they are true and correct to the best of my knowledge, information, and belief.

    Continuation sheets attached

Date 02/06/2009                                  Signature

                                                (Print or type name of individual signing on behalf of debtor.)

      (An individual signing on behalf of a partnership or corporatoin must indicate position or relationship to debtor.)

### PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY
Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §152 and 3571.



Form B6 Cont. (12-07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  Boll, Lawrence R.
        N/A                                          Debtor(s)  Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 2.)

Date_____        Signature _/s/ Lawrence R. Boll_____
                                            Boll, Lawrence R.                        Debtor

Date_____        Signature_____
                                            N/A                                (Joint Debtor, if any)
                                *(If joint case, both spouses must sign.)*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by
                                                                               11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*
Address:

X_____          _____
    Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156.**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
**(Total shown on summary page plus 1.)**

Date _____          Signature _____

                                          (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 U.S.C. §§ 152 and 3571.

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Property Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I  -  Current Income of Individual Debtor(s)
Schedule J -  Current Expenditures of Individual Debtor(s)

Unsworn Declaration Under Penalty of Purjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of
any amendments thereto must contain a caption as in Form 16B.  Subsequent pages should be
identified with the debtor's name and case number.  If the schedules are filed with the petition,
the case number should be left blank.

Schedules D, E, and F have been designated for the listing of each claim only once.  Even
when a claim is secured only in part or entitled to priority only in part, it still should be listed
only once.
A claim which is secured in whole or in part should be listed on Schedule D only, and a claim
which is entitled to priority in whole or in part should be listed on Schedule E only.  Do not
list the same claim twice.  If a creditor has more than one claim, such as claims arising from
seperate transactions, each claim should be scheduled separtely.

Review the specific instructions for each schedule before completing the schedule.

Advanta
8012
Advanta Bank Corp.
P.O. Box 30715
Salt Lake City, UT 84130


Annette Zacholski

3203 Hickox Road
Hamburg, NY 14075


Bank of America
3608
4060 Ogletown Stanton Rd
Mail Code DES-019-03-07
Newark, DE 19713


Bankruptcy Exchange

2952 Seneca Street
West Seneca, NY 14224


Barbara McNair

130 Harriet Ave.
Buffalo, New York 14215


Barclays Bank Delaware
3859
125 South West Street
Wilmington, DE 19891


Caral Bubme

40 Willow Dr.
West Seneca, NY 14224


Charles Alessi

11328 Gowanda State Road
North Collins, New York 1411

Chris Ball

699 Cayuga Creek Rd.
Cheektowaga, NY 14227


Chris Lucibi

116 Tremaine Avenue
Kenmore, New York 14217


Colleen Brennan

113 Hubbell Ave.
Buffalo, New York 14220


David Hioki

27 Forest St. Dr.
Buffalo, NY 14221


Dean Cappenellie

6761 Cross Rd.
Springville, NY 14141


Discover
1886
P.O. Box 15192
Wilmington, DE 19850


Discover Financial Service L
5327
P.O. Box 15316
Wilmington, DE 19850


E and R General Construction

38 St. David Dr.
West Seneca, NY 14224

ECMC
9073
P.O. Box 1598
Buffalo, New York 14240


Engasser Construction

1515 Boies Rd.
East Aurora, NY 14052


Equity Search

2952 Seneca Street
West Seneca, NY 14210


Erb Company

P.O. Box 1269
1400 Seneca St.
 Buffalo, New York 14210


First Niagara Bank
8728
P.O. Box 514
Lockport, NY 14095


Four Seasons Landscaping

3138 Abbot Rd.
Orchard Park, NY 14127


GMAC
3212
PO Box 2150
Greeley, CO 80632


GMACAB
6905
P.O. Box 2150
Greeley, CO 80632

Gateway matterials, LLC.

3035 Union Rd
Cheektowaga, NY 14227


George H. Gilbert

220 Cayuga Creek Rd.
Cheektowaga, NY 14227


George's Collision

3210 Seneca Street
West Seneca, New York 14224


Great Plate Glass Co.

3100 Transit Rd.
West Sceneca, New York 14224


Gwen Pitts

96 Rohr Street
Buffalo, New York 14211


HMH Property Managment

77 Mercer St.
Buffalo, NY 14244


HSBC
0009
P.O. Box 4604
Buffalo, NY 14240


HSBC Bank
9100
P.O. Box 5253
Carol Stream, IL 60197

```
HSBC Bank
4393
PO Box 5253
Carol Stream, IL 60197


Jerry Jirack

6348 North Woods Rd
Arcade, New York 14009


Joann Sees

656 East and West Rd
West Seneca, NY 14224


Joce Jividen

790 Seneca Creek Rd
West Seneca, NY 14224


John Marchant

20 Foxpoint West
Amherst, NY 14221


John Martino

20 Foxpoint West
Amherst, New York 14221


John Rodeghiero

550 Seneca Street
Buffalo, NY 14204


Key Bank
6441
P.O. Box 93885
Cleveland, OH 44101-5885
```

Kistner Concrete

8713 REad Road
East pembroke, NY

LA Hazard and Sons

1695 Overhead Road
Derby, NY 14047

Lakeshore Hardware and Tool

Rental
4480 Camp Road (Box 353)
Springs, New York 14010

Mark Jerwilliger

2842 Delaware Ave.
Kenmore, NY 14217

MasterCard
3895
Card Services
P.O. Box 13337
Philadelphia, PA 19101

Michael R. Wyszynski

950-A Union Rd.
West Sceneca, New York 14224

Mike Metros

Metro Builder
322 S. Odgen St.
Buffalo, NY 14206

Nassbaumer and Clarke

3556 Lake Shore Rd.
Buffalo, NY 14219

National Fuel
2911
Risk Management Department
6363 Main Street
Williamsville, New York 1422


New You Day Spa and Salon

707 Cauga Creek Rd.
Buffalo, NY 14227


Phoenix Direct Capital, Inc.

2952 Seneca Street
West Seneca, NY 14224


Richard A. Maussner

29 Hawtorne Trail
Depew, New York 14043


Richard Penfold

18 Sugar Bush Way
Orchard park, New York 14127


Richard Viggatto

705 Cauga Creek Road
Cheektowaga, NY


Robert Libiarz

713 Pavement Road
Lancaster, NY 14086


Robert Struck

1611 Transit Rd
Elma, NY 14059

Russell Tucker

2952 Seneca Street
West Seneca, NY 14224


Sandra Morath

4285 Two Rod Road
Wales, NY 14052


Shaub Equipment

2902 Seneca St.
West Seneca, NY 14224


Shawn Haley

3133 Abbott Rd.
O.P., New York


Steve Lopez

19 West Royal Hill Dr.
Orchard Park, NY 14127


Textures Salon and Spa

150 Buffalo St.
Hamburg, NY 14075


Thruway Builders

3515 California Road
Orchard Park, New York 14224


Union Concrete

and Construction Corp
105 Center Road
West Seneca, New York 14224

V.I.P. Leasing, Inc.

13605 Detroit Avenue
Lakewood, Ohio 44107

Vellano Brothers

10 Lancaster PKWY
Lancaster, NY 14086

Verizon

c/o CMR Claims Debt
P.O. Box 60770
Oklahoma City, OK 73146

Vinnie Fazio

11820 Boncliff Dr.
Alden NY, 14004

William Hirsch

8461 Feddick Rd.
Boston, New York 14075

William Howell

5859 Stinson Rd
Arcade, NY 14009

Yaeger Construction Inc.

Robert Yaeger
38 Mechanic St.
Akron, NY 14001